FORM 8A. Entry of Appearance                                           Form 8A (p.1)
                                                                        July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-2256

**Short Case Caption:** Golden v. US

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| Defendant-Appellee United States | |
|---|---|
| **Principal Counsel:** Grant D. Johnson | Admission Date: 10/8/2015 |
| Firm/Agency/Org.: United States Department of Justice, Civil Division | |
| Address: 950 Pennsylvania Avenue N.W., Washington, DC 20530 | |
| Phone: (202) 305-2513 | Email: Grant.D.Johnson@usdoj.gov |
| **Other Counsel:** Conrad J. DeWitte, Jr. | Admission Date: N/A |
| Firm/Agency/Org.: United States Department of Justice, Civil Division | |
| Address: 950 Pennsylvania Avenue N.W., Washington, DC 20530 | |
| Phone: (202) 307-0459 | Email: Conrad.DeWitte@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 8/27/24                    Signature: /s/ Grant D. Johnson

                                 Name:      Grant D. Johnson

**FORM 8A. Entry of Appearance**  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Scott Bolden | Admission Date: 9/21/2001 |
|---|---|
| Firm/Agency/Org.: United States Department of Justice, Civil Division ||
| Address: 950 Pennsylvania Avenue N.W., Washington, DC 20530 ||
| Phone: (202) 307-0262 | Email: Scott.Bolden@usdoj.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |

| FORM 30. Certificate of Service | Form 30 |
|---|---:|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF SERVICE

**Case Number** 24-2256

**Short Case Caption** Golden v. US

> **NOTE:** Proof of service is only required when the rules specify that service must be accomplished outside the court's electronic filing system. See Fed. R. App. P. 25(d); Fed. Cir. R. 25(e). Attach additional pages as needed.

I certify that I served a copy of the foregoing filing on 08/27/2024

by ☑ U.S. Mail ☐ Hand Delivery ☑ Email ☐ Facsimile
☐ Other: _____

on the below individuals at the following locations.

| Person Served | Service Location (Address, Facsimile, Email) |
|---|---|
| Larry Golden | 740 Woodruff Road #1102, Greenville, SC 29607 (Address) atpg-tech@charter.net (Email) |
| | |
| | |
| | |
| | |

☐ Additional pages attached.

Date: 08/27/2024          Signature: /s/ Grant D. Johnson

Name: Grant D. Johnson