NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-2256

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00811-EGB, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

On appeal from the dismissal of Larry Golden's complaint, each party moves for summary disposition in its favor, and Mr. Golden additionally moves to strike the United States's motion. The motion to strike is denied, *cf.* Fed. Cir. R. 27(e), and the court cannot say that either party has shown that summary disposition is warranted here.

2                                                          GOLDEN v. US

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to strike is denied.

(2)  The motions for summary disposition are denied without prejudice to the parties raising their arguments in the briefs on the merits.

(2)  Mr. Golden's opening brief is due within 60 days from the date of entry of this order.

FOR THE COURT

November 19, 2024                     Jarrett B. Perlow
        Date                              Clerk of Court