NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LARRY GOLDEN,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

2024-2256

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00811-EGB, Senior Judge Eric G. Bruggink.

**ON MOTION**

Per Curiam.

**O R D E R**

Upon consideration of Larry Golden's motion for oral argument,

It Is Ordered That:

The motion is denied.

FOR THE COURT

January 27, 2025
Date

Jarrett B. Perlow
Clerk of Court